**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| CHRISTINE CHAMPAGNE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 16 cv 7663 |
| HEALTHCARE FINANCIAL RESOURCES, INC., | ) ) ) ) |
| Defendant. | ) ) |

## STIPULATION TO DISMISS

The parties, through their respective counsel, by stipulation pursuant to FRCP 41 (a)(1)(A)(ii), having informed the court that all matters in controversy are settled, hereby request that this honorable Court dismiss the above-captioned case with prejudice with each party paying their own costs and attorneys' fees, with this Court to retain jurisdiction to enforce the settlement agreement and the right to reinstate in the event any payment due is not timely made. By agreement, the parties request that the status date of June 29, 2017 be stricken.

| | |
|---|---|
| CHRISTINE CHAMPAGNE, | HEALTHCARE FINANCIAL RESOURCES, INC. |
| Plaintiff, | Defendant, |
| By: /s/ Nicholas F. Esposito | By: /s/ Alisa B. Arnoff |
| One of her attorneys | One of its attorneys |
| Nicholas F. Esposito | Alisa B. Arnoff |
| Esposito & Staubus LLP | Gregg J. Simon |
| 7055 Veterans Blvd., Unit B | Scalambrino & Arnoff, LLP |
| Burr Ridge, Illinois 60527 | One North LaSalle Street, Suite 1600 |
| 312.346.2766 | Chicago, Illinois 606021 |
| | 312-629-0545 |